

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2015

No. 04-15-00604-CV

**IN THE INTEREST OF E.J.G., A CHILD**,

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CVL00732 D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

The clerk's record was due on October 26, 2015. On November 23, 2015, the Webb County District Clerk requested additional time to file the clerk's record until November 25, 2015.

The request is GRANTED. The clerk's record is due on November 25, 2015.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court